JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Network Signatures, Inc., ) <br> ) <br>      Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> FEDEX Corporation, ) <br> ) <br>      Defendant(s). ) <br> ) <br> _____ ) | SACV 11-00630 JVS (RNBx) <br><br> ORDER OF DISMISSAL UPON <br> SETTLEMENT OF CASE |

   The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

   IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 45 days</u>, to reopen the action if settlement is not consummated.

DATED:   September 22, 2011

_____
James V. Selna
United States District Judge