JS - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

Network Signatures, Inc.,                )          SACV 11-00630 JVS (RNBx)
                                          )
                                          )          ORDER OF DISMISSAL UPON
            Plaintiff,                    )
                                          )          SETTLEMENT OF CASE
      v.                                  )
                                          )
FEDEX Corporation,                        )
                                          )
            Defendant(s).                 )
                                          )
                                          )
_____ )

      The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

   IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 45 days</u>, to reopen the action if settlement is not consummated.

DATED:      September 22, 2011

                                          _____
                                          James V. Selna
                                          United States District Judge